# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| SHAHID HASSAN MUSLIM, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00128-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| LAURA ANDERSEN, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2020 Memorandum of Decision and Order.

September 22, 2020

Frank G. Johns, Clerk
United States District Court